

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00549-CV

Ernest **MUNGIA**,
Appellant

v.

**VIA METROPOLITAN TRANSIT**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 380931
Honorable Tina Torres, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion to Extend Deadline to file Motion for Rehearing and Motion for En Banc Reconsideration is GRANTED. Time is extended to May 23, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court